UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLORA GONZALES,

    Plaintiff,

  v.

EMERITUS CORPORATION, et al.,

    Defendants.

No. C 18–06630 WHA

**ORDER RE NOTICE OF OCTOBER 28 HEARING ON MOTION TO WITHDRAW**

In this employment case, plaintiff's counsel seeks to withdraw because plaintiff has not responded to repeated attempts to communicate with her about her pending lawsuit. To aid resolution of the motion to withdraw, plaintiff's counsel shall please, by phone, post, email, or other reasonable means, make a good faith attempt to put plaintiff on notice of the hearing on October 28 and the nature of the pending motion to withdraw. Plaintiff's counsel shall further include instructions to plaintiff on how she may attend this hearing telephonically and an explanation that plaintiff may object to the motion to withdraw.

**IT IS SO ORDERED.**

Dated: October 21, 2021.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE