UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORA GONZALES,<br><br>      Plaintiff,<br><br>   v.<br><br>EMERITUS CORPORATION, et al.,<br><br>      Defendants. | No. C 18-06630 WHA<br><br>**ORDER DISMISSING CASE FOR LACK OF PROSECUTION AND ORDER RE SERVICE** |

A prior order allowed plaintiff counsel to withdraw after many unsuccessful attempts to reach plaintiff since 2020. Plaintiff appeared to have abandoned her case, so the judge granted the motion to withdraw and ordered plaintiff to "appear in person on November 18, 2021, at 8:00 AM at the San Francisco Courthouse, 450 Golden Gate Avenue, Courtroom 12 on the 19th floor to show cause why her case should not be dismissed for lack of prosecution" (Dkt. 44). Plaintiff's counsel served a copy of the order granting the motion to withdraw and the order to show cause on plaintiff at her last known mailing address and filed a certificate of service prior to the hearing (Dkt. 42).

Plaintiff did not appear at the order to show cause hearing. The case was called at 8:00 AM and plaintiff was not present. The calendar moved onto the next case and the judge attempted to call plaintiff's case again around 8:35 AM. Plaintiff was still not present. The case is therefore **DISMISSED** for failure to prosecute.

Because plaintiff counsel has withdrawn, defense counsel is hereby ordered to promptly serve a copy of this order on plaintiff at her last known mailing address. Defense counsel must also file a certificate of service within two weeks. Defense counsel shall include a short cover letter explaining that plaintiff's case has been dismissed based on her failure to appear at the order to show cause hearing.

**IT IS SO ORDERED.**

Dated: November 18, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE